**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SAMANTHA BARBASH,

      Plaintiff,

    v.

SHEIN DISTRIBUTION CORPORATION,
ROADGET BUSINESS PTE. LTD., SHEIN
TECHNOLOGY LLC, SHEIN US SERVICES,
LLC, ZOETOP BUSINESS COMPANY, LTD.,
MICAS HOLDINGS INC., PRECISION
TECHNOLOGY HOLDING LIMITED, and DOES
1-10 inclusive,

      Defendants.

Case No:  1:25-cv-03006-PKC-LKE

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters an appearance as counsel of record for Defendants SHEIN Distribution Corporation, Roadget Business PTE Ltd., SHEIN Technology LLC, SHEIN US Services, LLC, and Zoetop Business Company, Ltd. (collectively, "SHEIN Defendants") in the above-captioned action and demands that copies of all papers in this action be served upon the undersigned counsel at the address stated below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
     March 31, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By:   */s/ Stephen L. Saxl*
       Stephen L. Saxl
       One Vanderbilt Avenue
       New York, New York 10017
       (212) 801-9200
       (212) 801-6400 (facsimile)
       *saxls@gtlaw.com*

*Attorneys for Defendants SHEIN Distribution Corporation, Roadget Business PTE Ltd., SHEIN Technology LLC, SHEIN US Services, LLC, and Zoetop Business Company, Ltd.*